No. 17,408.

Deines et al. *v*. Maples.
(276 P. [2d] 992)

Decided November 29, 1954.

Per Curiam.

Judgment affirmed en banc without written opinion.

Mr. Joseph P. Constantine, for plaintiffs in error.

Mr. James B. Radetsky, Mr. Gerald L. Stapp, Mr. Samuel M. Kirbens, for defendant in error.